# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WILLIAM GRIBBLE,          :       CIVIL ACTION
          Petitioner,        :
                                     :
     v.                        :
                                     :
LOUIS S. FOLINO, et al.        :
          Respondents.      :       No. 09-2091


AND NOW, this __10TH__ day of November, 2009, IT IS HEREBY ORDERED that:

    1.  By November 23, 2009, Petitioner shall inform the Court how he would like to proceed with his petition filed under 28 U.S.C. § 2254.  Petitioner shall do so by completing and signing the check-off form that is attached to this Order.  Petitioner shall also send a copy of the completed check-off form to the District Attorney.

    2.  If petitioner chooses to proceed with his habeas petition as filed, Respondents shall file a response addressing the merits of petitioner's claims by December 23, 2009.  No further extensions will be granted.


                BY THE COURT:


                _/s/ Lynne A. Sitarski_____
                LYNNE A. SITARSKI
                UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| **WILLIAM GRIBBLE,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LOUIS S. FOLINO, et al.** | : | |
| **Respondents.** | : | **No. 09-2091** |

 

[   ] I would like to withdraw my § 2254 petition in order to file one (1) all-inclusive petition with the understanding that it must be filed within the one (1) year statute of limitations of 28 U.S.C. § 2244(d).

[   ] I would like to proceed with the four claims asserted in my § 2254 petition as filed.

 

DATE:                       _____
                                      Petitioner