IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM GRIBBLE               :          CIVIL ACTION
                              :
          v.                  :
                              :
LOUIS S. FOLINO, et al.       :          NO. 09-2091
                              :

ORDER


AND NOW, this 25th day of March, 2014, upon careful and independent consideration of the petitioner's Rule 60(b) motion (Doc. No. 58) and amended Rule 60(b) motion (Doc. No. 60), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 61) and the objections filed by the petitioner (Doc. No. 62), whereas the petition objects to certain language in the Report and Recommendation, but does not object to the proposed stay of proceedings, IT IS HEREBY ORDERED that:

1.    The Report and Recommendation is APPROVED and ADOPTED.

2.    This matter is STAYED pending a decision by the United States Court of Appeals for the Third Circuit in Cox v. Horn, C.A. No. 13-2982.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.