# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM GRIBBLE

v.

LOUIS FOLINO, et al,

CIVIL ACTION
NO. 09-2091

## ORDER

**AND NOW,** this 10th day of July, 2018, upon careful and independent review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and the petitioner's objections thereto, **IT IS ORDERED** that:

1. The Petitioner's Objections [Doc. 108] are **OVERRULED**.
2. The Report and Recommendation [Doc. 106] is **APPROVED** and **ADOPTED**.
3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Jeffrey L. Schmehl

JEFFREY L. SCHMEHL, J.