IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM GRIBBLE<br><br>v.<br><br>LOUIS FOLINO, et al, | CIVIL ACTION<br>NO. 09-2091 |

## ORDER

**AND NOW,** this 17th day of August, 2023 it is hereby **ORDERED** that the parties' Joint Motion for Conditional Grant of Writ of Habeas Corpus [Doc. 128] is **DENIED**, pending the Court's review of the parties' Objections to the Report and Recommendation of Magistrate Judge Sitarski [Doc. 144].

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.