**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**WILLIAM GRIBBLE**

**v.**

**LOUIS FOLINO, et al,**

**CIVIL ACTION
NO. 09-2091**

## <u>ORDER</u>

**AND NOW**, this 26th day of July, 2024, it is hereby **ORDERED** that:

1. The Commonwealth's Objection to the April 23, 2023 Report and Recommendation of the Magistrate Judge [Doc. 149] is **OVERRULED**.

2. The Petitioner's Objections to the April 23, 2023 Report and Recommendation of the Magistrate Judge [Doc. 155] are **SUSTAINED**.

3. The Report and Recommendation of the Magistrate Judge [Doc. 144] is **ADOPTED IN PART AND NOT ADOPTED IN PART**.

4. The Report is **ADOPTED** with respect to the finding that the Magistrate Judge acknowledged that the Commonwealth had conceded there was a constitutional violation but that she still bore the responsibility to consider the merits of Petitioner's habeas claims.

5. The Report is **NOT ADOPTED** in all other respects.

6. The parties may renew their Joint Motion for Conditional Grant of Writ of Habeas Corpus [Doc. 128 and Doc. 156] within 10 days of the date of this Order.

2

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**